UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**ABDI MOHAMED ASHKIR,**

      **Plaintiff,**

  v.                                    Civil Action 2:25-cv-1206
                                          Chief Judge Sarah D. Morrison
                                          Magistrate Judge Chelsey M. Vascura

**MICHAEL SHREUDER,**
*Acting Consul General, U.S. Consulate*
*General in Mumbai, et al.*,

      **Defendants.**

## ORDER

This matter is before the Court on the parties' Joint Motion to Hold Case in Abeyance (ECF No. 11). For good cause shown, the Motion is **GRANTED**. This case is **STAYED** through **APRIL 21, 2026**. The parties are **DIRECTED** to file a joint written **REPORT** detailing the status of this case **ON OR BEFORE April 21, 2026**, unless they have filed a dismissal entry in accordance with Federal Rule of Civil Procedure 41(a)(1)(A) in the interim.

    **IT IS SO ORDERED.**

                                                          */s/ Chelsey M. Vascura*
                                                          CHELSEY M. VASCURA
                                                          UNITED STATES MAGISTRATE JUDGE